**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, a California non-profit corporation;<br><br>Petitioner,<br><br>vs.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ANDREW WHEELER in his official capacity as Administrator of the U.S. Environmental Protection Agency, and MIKE STOKER, in his official capacity as Regional Administrator for Region IX of the U.S. Environmental Protection Agency,<br><br>Respondents,<br><br>SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT and SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT,<br><br>Intervenors - Pending. | No. 19-71223 |

**DECLARATION OF TOM FRANTZ**

I, Tom Frantz, declare as follows:

1. I am over 18 years of age and not a party to this action.

2. I am the President of the Board of Directors for the Association of Irritated Residents ("AIR"), a California non-profit corporation. AIR has members residing in Kern, Tulare, Kings, Fresno and Stanislaus counties. I am also a member of AIR.

3. AIR's mission is to advocate for clean air and environmental health in the San Joaquin Valley. AIR is a membership organization. The by-laws provide for a five-member Board of Directors which possesses all decision-making authority. AIR members nominate and elect the Board of Directors and officers.

4. AIR's history of advocating for improved air quality dates back to 2001. AIR has participated in San Joaquin Valley Air Pollution Control District, Air Resources Board, and U.S. Environmental Protection Agency proceedings to implement the Clean Air Act and improve air quality in the Valley. AIR has also filed litigation to enforce the Clean Air Act, including citizen suits to compel EPA action on nonattainment area plans and to seek judicial review of EPA actions on those plans.

5. I live in the southern end of the San Joaquin Valley air basin, near the Kern County city of Shafter. I am a third generation Kern County farmer and a retired high school math teacher. I grow almonds on my small farm and was born and raised within a few miles of where I currently live. I have

lived in this area for over 60 years.

6. The San Joaquin Valley Air Basin is an extreme nonattainment area for the 2008 8-hour ozone National Ambient Air Quality Standard.

7. I am concerned about the effects of ozone pollution on my health, the health of my family, and the health of my friends and neighbors.

8. I am aware that volatile organic compounds react with oxides of nitrogen in the summer to form ozone. I understand that ozone pollution damages lung tissue, exacerbates asthma, reduces lung capacity, increases respiratory and cardiovascular hospital admissions, increases school and work absenteeism, and causes premature mortality.

9. My doctor diagnosed me with breathing difficulty and symptoms that indicate asthma. My breathing problems are exacerbated during the summer when ozone levels increase. I am unable to exercise outdoors on those bad air days because I feel congestion in my lungs and am unable to breathe deeply.

10. I also have an aesthetic interest in clean air because, on most summer days, ozone haze blocks the view of the Sierra Nevada, Sierra Madre, and Coastal Range Mountains from the San Joaquin Valley floor. I have enjoyed my view of these mountains since childhood. On the extremely infrequent clear days, I enjoy the beauty of this Valley and the mountains east of my

home in Shafter.

11. I am serving as a declarant in this proceeding to support AIR's efforts to enforce the laws that protect the health and welfare of my family and community.

12. AIR has enforced the EPA-approved State Implementation Plan for the San Joaquin Valley by citizen suit and will do so to ensure that the Valley attains the 2008 8-hour ozone National Ambient Air Quality Standard.

13. I am concerned that the San Joaquin Valley will not attain the 2008 8-hour ozone National Ambient Air Quality Standard ("NAAQS"). I am aware that the Valley failed to attain the 1-hour ozone NAAQS, the PM10 NAAQS, and the 1997 PM2.5 NAAQS, by the respective attainment dates. I am aware that the Valley attained the 1-hour ozone NAAQS and PM10 NAAQS several years after failing to attain by the original and subsequent deadlines. This history of failing to attain air quality standards makes me very concerned about my health and the health of my friends and family because I believe the attainment plan for the 2008 8-hour ozone National Ambient Air Quality Standard does not have adequate contingency measures.

14. Consistent with AIR's history of air quality advocacy and our

mission, AIR intends to comment on any U.S. Environmental Protection Agency action on the contingency measures if AIR prevails in this case. AIR will challenge EPA's action by filing another petition for review if necessary.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed on this 3rd day of September 2019 at Wasco, California.

Tom Frantz

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, a California non-profit corporation;<br><br>Petitioner,<br><br>vs.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ANDREW WHEELER in his official capacity as Administrator of the U.S. Environmental Protection Agency, and MIKE STOKER, in his official capacity as Regional Administrator for Region IX of the U.S. Environmental Protection Agency,<br><br>Respondents,<br><br>SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT and SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT,<br><br>Intervenors - Pending. | No. 19-71223 |

**DECLARATION OF MICHAEL WELLS**

I, Michael Wells, declare as follows:

1. I am over 18 years of age and not a party to this action.

2. I am a member of the Board of Directors for the Association of Irritated Residents ("AIR"), a California non-profit corporation. I am also a member of AIR.

3. AIR's mission is to advocate for clean air and environmental health in the San Joaquin Valley. AIR is a membership organization. The by-laws provide for a five-member Board of Directors which possesses all decision-making authority. AIR members nominate and elect the Board of Directors and officers.

4. I live in Fresno, California. I am a private air quality consultant. I have lived in Fresno since 2002.

5. The San Joaquin Valley Air Basin is an extreme nonattainment area for the 2008 8-hour ozone National Ambient Air Quality Standard.

6. I am concerned about the effects of ozone pollution on my health, the health of my family, and the health of my friends and neighbors.

7. I am aware that volatile organic compounds react with oxides of nitrogen in the summer to form ozone. I understand that ozone pollution damages lung tissue, exacerbates asthma, reduces lung capacity, increases respiratory and cardiovascular hospital admissions, increases school and work absenteeism, and causes premature mortality.

8. My doctor diagnosed me with bronchial asthma when I was in high

school before I moved to Fresno. I currently use an inhaler to treat my symptoms. My breathing problems are exacerbated during the summer when ozone levels increase. I am unable to exercise outdoors on those bad air days because I feel congestion in my lungs and am unable to breathe deeply. I enjoy commuting to work on my bicycle, which causes me breathing discomfort on many days during the year. Approximately twelve days each year, I am unable to ride my bike to work, which causes my family logistical difficulties because we are a one-car family.

9. I also have an aesthetic interest in clean air because, on most summer days, ozone haze blocks the view of the Sierra Nevada Mountains from Fresno. I enjoy the view of the Sierras on clean air days and on the few days when I am able to see the mountains I am reminded of the pollution that is harming me and my family. I also enjoying taking my family to Yosemite, Kings Canyon, and Sequoia National Parks and it bothers me to see air pollution from the San Joaquin Valley in those parks.

10. I am serving as a declarant in this proceeding to support AIR's efforts to enforce the laws that protect the health and welfare of my family and community.

11. I am concerned that the San Joaquin Valley will not attain the 2008 8-hour ozone National Ambient Air Quality Standard ("NAAQS"). I am aware

that the Valley failed to attain the 1-hour ozone NAAQS, the PM10 NAAQS, and the 1997 PM2.5 NAAQS by the respective attainment dates. I am aware that the Valley attained the 1-hour ozone NAAQS and PM10 NAAQS several years after failing to attain by the original and subsequent deadlines. This history of failing to attain air quality standards makes me very concerned about my health and the health of my friends and family because I believe the attainment plan for the 2008 8-hour ozone National Ambient Air Quality Standard does not have adequate contingency measures.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed on this 3rd day of September 2019 at Fresno, California.

Michael Wells